### BEFORE THE FIRST DIVISION, JUNE 20, 1951

**No. 55671.**—Sebastiano Darini and Fiedler & Panietz *v.* United States, protests 157124–K and 151431–K (San Francisco).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55672.**—New York Merchandise Co., Inc. *v.* United States, protests 161571–K, etc. (Los Angeles).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55673.**—David Komisar & Son, Inc. *v.* United States, protest 166132–K (San Francisco).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

### BEFORE THE SECOND DIVISION, JUNE 20, 1951

**No. 55674.**—Osaka Textiles, Inc., et al. *v.* United States, protests 28603–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55675.**—Frye Mfg. Co. *v.* United States, protests 744834–G, etc. (Des Moines).

Opinion by RAO, J. The protests were dismissed.

**No. 55676.**—Montgomery Ward & Co. *v.* United States, protest 951170–G (Denver).

Opinion by RAO, J. The protest was dismissed.

**No. 55677.**—The Dayton Co. *v.* United States, protests 41255–K, etc. (Minneapolis).

Opinion by RAO, J. The protests were dismissed.